# United States District Court for the District of Maryland

| | |
|---|---|
| Starsha Sewell<br>Defendant<br><br>v.<br><br>John Howard, Sr.<br>Plaintiff | )<br>)  JFM 12 CV 2736<br>)<br>) Case No: CAD0626267<br>) Hon. A. M. Chapdelaine<br>)<br>)<br>) |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 SEP 13 P 1:08

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

## Defendant's Notice of Removal

Comes now Starsha Sewell, Pro Se, pursuant to 28 USCA§ 1446, removes the above the action from state court to this court, based on the following grounds:

1. The Defendant's civil rights have been violated pursuant to 42 USC § 1983 and 28 USC § 1443 **(1)** Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof; and **(2)** For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

2. Furthermore, the Defendant has filed a motion that the Court of Special Appeals does not have jurisdiction to address under 28 USCA§ 1331 (FRAP 60 (B) AND 18 USC § 371).

3. The appellant was illegally held in contempt, by the court of special appeals; and the Circuit court has abused its discretion in its application of the law, based off a decision of the Department of Social Services who engaged in Conspiracy pursuant to 923 18U.S.C. 371, by intentionally converting a criminal law matter into a family law matter as demonstrated by "new evidence" which was filed with the Appellants Motion for relief of Judgment on August 6, 2012 at the Court of Special Appeals of Maryland.

4. Both the Circuit Courts and the Court of Appeals has sought to punish the Appellant (Defendant), for trying to save the lives of her minor children who are victims of sexual abuse and during this process the civil rights of the Defendant and her minor children have been violated pursuant to 42 USC § 1983 and 42 USC 1981. (See Exhibit B)

4. This action is necessary because the history of this case in docket entries, motions, pleading and by means of transcription of hearings reflects that Ms. Sewell and her minor children cannot receive a fair and impartial trial in the at the State level in Maryland, because various County and State agencies have vested interest in the outcome of this case and have all acted in the best interest of the County and State, rather than in the best interest of the minor children who are victims of Child Sexual abuse, and a conspiracy of the Department of Social Services to harm both children due to the negligence of this agency.

5. This action is a civil action alleging a violation of the United States Constitution for which the Pro Se Litigant is seeking redress under 42 USCA§1983 and for which this court has original jurisdiction under 28 USCA§1331.

6. The Defendant is entitled to remove the above action from the state court to this court pursuant to 28 USCA§ 1446 (a).

### Certificate of Service

The Undersigned certifies that a copy of the **Defendant's Notice of Removal** Was sent by United States Mail, pre-paid, September 13, 2012; and that to the following:

David A. Wanger, Esq.
156 South Street
Annapolis, MD 21401

Respectfully Submitted,

/s/ *[signature]*
Starsha M. Sewell
P.O. BOX 7073
Capitol Heights, MD 20791
202-604-6717